Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Shelly Richter
Assistant Federal Public Defender
California State Bar No. 343104
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Shelly_Richter@fd.org

*Attorney for Kevin M. Sanchez Galan

# United States District Court
# District of Nevada

Kevin M. Sanchez Galan,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-02944-CDS-EJY

**Order Granting Unopposed Motion for an Extension of Time to File Amended Petition and IFP Application**

**(Second request)**

[ECF No. 10]

## Points and Authorities

Petitioner Kevin M. Sanchez Galan respectfully seeks an extension to file his amended petition and motion to proceed in forma pauperis. His amended petition and IFP motion are currently due Tuesday, October 27, 2026. *See* ECF No. 7. Here, Mr. Sanchez Galan seeks an extension of 14 days, for a new deadline of Tuesday, November 10, 2026.

On Tuesday, October 27, 2026, I contacted attorney Martin Mayer by email per this Court's order, ECF No. 3 at 3, and asked his position about this extension request. He stated he had no objection to the extension.

This motion is not filed for the purposes of delay, but in the interests of justice and the interests of Mr. Sanchez Galan. I have met with Mr. Sanchez Galan to discuss his case and have reviewed the relevant documents available to me. Moreover, I have met with other attorneys at the FPD Las Vegas to discuss the issues raised. However, other case-related obligations have kept me from completing the amended petition in this case. For one, on this day, I filed an 87-page Nevada Supreme Court answering brief in *State v. Sepulveda*, Case No. 91772, and on October 28, 2026, I will file a Nevada Supreme Court reply brief in *Mercado v. Breitenbach*, Case No. 91130. That said, I intend to complete the amended petition in the time requested here, assuming no emergency arises.

For all the above reasons, Mr. Sanchez Galan respectfully requests this Court grant an extension of time.

Dated October 27, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Shelly Richter*
Shelly Richter
Assistant Federal Public Defender

IT IS SO ORDERED:

United States District Judge

Dated: October 28, 2026